**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick   8/22/2024
**VERNON S. BRODERICK**
**U.S.D.J.**

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Marina Moraru<br>*Special Assistant Corporation Counsel*<br>Office: 212) 356-2456 |

August 21, 2024

**VIA ECF**
Hon. Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re: *S.C. v. New York City Dep't of Educ.*, 24-cv-2839 (VSB)(RWL)

Dear Judge Broderick:

      I am a Special Assistant Corporation Counsel in the office of Acting Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

      I write to respectfully request a 90-day stay of this action until November 25, 2024. Plaintiff consents to this request. Defendant is still awaiting the needed billing records and retainer agreement/s. Plaintiff now agrees to provide these records by August 26, 2024. (Defendant's deadline to respond to the Complaint is currently September 9, 2024). On July 26, 2024, the Court granted Defendant's first request for an extension. (ECF 9). We note that, while this is an IDEA fees-only case and liability appears not at issue, without the relevant billing, Defendant cannot begin its internal settlement review process, which includes review of the underlying administrative record together with the relevant billing records, and thereafter present a reasonable early offer of settlement. We have resolved recent similar IDEA fees-only cases brought by plaintiffs represented by the Roller firm without the need to burden the court with any sort of motion practice or conferences. The parties are hopeful this matter will be resolved as well.

      I also respectfully propose that, if a stay is granted, the parties be required to submit a joint status letter regarding settlement negotiations on or before November 25, 2024.

      Thank you for considering these requests.

      Respectfully submitted,

      */s/ Marina Moraru*

      Marina Moraru, Esq.
      Special Assistant Corporation Counsel

cc: Irina Roller (via ECF)